UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                               :

AMAURY URENA,                             :

               Plaintiff,         :

           -v-                :        25 Civ. 512 (JPC) (GS)

THE CITY OF NEW YORK; CAPTAIN LEWIS;  :        ORDER
CAPTAIN JOHN DOE; C.O. JOHN DOE,    :

           Defendants.    :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court's mailing of Judge Gary Stein's December 16, 2025 Order to Plaintiff's listed address on the docket, the Rose M. Singer Center, Enhanced Supervision Housing, 19-19 Hazen Street, East Elmhurst, New York 11370 ("RESH"), was unsuccessful. *See* Text Entry, Jan. 22, 2026 (indicating the mailing was "[r]eturn[ed] to sender"). The docket further reflects that Judge Stein's Report and Recommendation recommending dismissal of this action was mailed on January 7, 2026 to that same address. Plaintiff has not provided the Court a new address and it is possible that he no longer resides at RESH. As Plaintiff was advised at the onset of this litigation, it is his obligation to inform the Court of any change of his address for service. Dkt. 4.

By January 26, 2026, counsel for Defendant The City of New York shall advise the Court whether they have an updated address for Plaintiff.

      SO ORDERED.

Dated: January 23, 2026
      New York, New York                  JOHN P. CRONAN
                                   United States District Judge