UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

                                                        :
AMAURY URENA,                                           :
                                                        :
                        Plaintiff,                      :
                                                        :
          -v-                                           :          25 Civ. 512 (JPC) (GS)
                                                        :
THE CITY OF NEW YORK; CAPTAIN LEWIS;                    :          ORDER
CAPTAIN JOHN DOE; C.O. JOHN DOE,                        :
                                                        :
                        Defendants.                     :
                                                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 26, 2026, Defendant The City of New York advised the Court that, upon information and belief, Plaintiff's current mailing address is the Elmira Correctional Facility, 1879 Davis Street, P.O. Box 500, Elmira, New York 14901-0500.  Dkt. 41.  The Clerk of Court is respectfully directed to (1) update Plaintiff's address on the docket, and (2) mail Plaintiff at that address this Order, Judge Stein's Report and Recommendation, Dkt. 39, and the Court's January 23, 2026 Order, Dkt. 40.

Given that it appears that Plaintiff did not receive Judge Stein's Report and Recommendation, Plaintiff's deadline to object to the Report and Recommendation is extended until February 13, 2026.  Plaintiff is reminded that he was advised at the onset of this litigation that it is his obligation to inform the Court of any change of his address for service.  Dkt. 4.

          SO ORDERED.

Dated: January 27, 2026                         _____
          New York, New York                              JOHN P. CRONAN
                                                        United States District Judge