UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
AMAURY URENA,                                                         :
:
                Plaintiff,            :
:
        -v-                                                :        25 Civ. 512 (JPC) (GS)
:
THE CITY OF NEW YORK; CAPTAIN LEWIS;            :           ORDER
CAPTAIN JOHN DOE; C.O. JOHN DOE,                     :
:
              Defendants.           :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 26, 2026, Defendant The City of New York advised the Court that, upon information and belief, Plaintiff's current mailing address is the Elmira Correctional Facility. Dkt. 41. On January 27, 2026, the Court directed the Clerk of Court to (1) update Plaintiff's address on the docket, and (2) mail Plaintiff at that address its Order of that date, Judge Stein's Report and Recommendation, Dkt. 39, and the Court's January 23, 2026 Order, Dkt. 40. Dkt. 42.

It appears from the docket that Judge Stein's Report and Recommendation was not mailed to Plaintiff at Elmira. Additionally, the "Incarcerated Lookup" database of the New York State Department of Corrections and Community Supervision indicates that Plaintiff is currently detained in Attica Correctional Facility at 639 Exchange Street, Attica, NY 14011-0149.

Out of an abundance of caution, the Court respectfully directs the Clerk of Court to mail the following filings to Plaintiff at both the Elmira Correctional Facility (1879 Davis Street, P.O. Box 500, Elmira, New York 14901-0500) and Attica Correctional Facility (639 Exchange Street, Attica, NY 14011-0149):

- Judge Stein's Report and Recommendation, Dkt. 39;

- the Court's January 23, 2026 Order, Dkt. 40;

- the Court's January 27, 2026 Order, Dkt. 42; and,

- this Order.

Plaintiff's deadline to object to the Report and Recommendation is extended until February 27, 2026.  Plaintiff is reminded that he was advised at the onset of this litigation that it is his obligation to inform the Court of any change of his address for service.  Dkt. 4.

SO ORDERED.

Dated: February 13, 2026
       New York, New York

_____
            JOHN P. CRONAN
       United States District Judge