**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMAURY URENA,

                    Plaintiff,                         25 **CIVIL** 512 (JPC)(GS)

          -against-                                **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 3, 2026, the Court has adopted the Report and Recommendation in its entirety and the case is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        March 5, 2026

                                 **TAMMI M. HELLWIG**
                               _____
                                   **Clerk of Court**

              **BY:**            K. Mango

                               _____
                                   **Deputy Clerk**